UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DEBRA MCCOSKEY-REISERT,**

    Plaintiff,

v.                                                Case No: 5:22-cv-00523-JA-PRL

**NEW YORK LIFE INSURANCE COMPANY AS
SUCCESSOR IN INTEREST OF LIFE
INSURANCE COMPANY OF NORTH AMERICA,**

    Defendant.
_____/

## NOTICE OF RESOLUTION
## AND REQUEST FOR ADMINISTRATIVE CLOSURE

    Pursuant to Loc. R. 3.09, the undersigned attorney advises the court that the parties have reached an amicable settlement in principle. The parties have not consummated the resolution yet, but the parties request that the court administratively close this matter for 60 days to complete all paperwork related to the parties' settlement agreement, at which time it is expected that a dismissal with prejudice may be entered.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Steven D. Lehner, Esq., counsel for Defendants, via email to: slehner@hinshawlaw.com, and I further certify that I mailed the foregoing and notice of electronic filing to the following non-CM/ECF participant: *N/A*.

                                                  /s/ John V. Tucker       .
                                             JOHN V. TUCKER, ESQUIRE
                                             Florida Bar # 0899917
                                             TUCKER DISABILITY LAW, P.A.
                                             5235 16th St. N., St. Petersburg, FL 33703
                                             P: (727) 572-5000   F: (727) 571-1415
                                             tucker@tuckerdisability.com
                                             Lead Attorney for Plaintiff